# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2072
Lower Tribunal No. 21CF003678AOS

_____

ELIJAH SHAWN PERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

December 13, 2024

PER CURIAM.

AFFIRMED. *See Santiago-Gonzalez v. State*, 301 So. 3d 157, 172-75 (Fla. 2020).

SMITH, BROWNLEE and GANNAM, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Carly J. Robbins, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED